**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



### NOTICE OF ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-13-00362-CV |
| Style: | Phillip Manderscheid |
| | **v** LAZ Parking Texas LLC and Boot Man, Inc. d/b/a Premier Parking Enforcement |
| Date motion filed[*]: | May 20, 2013 |
| Type of motion: | Motion to Enlarge Time to File Motion to Proceed on Appeal Without Cost |
| Party filing motion: | Appellant |

Appellant's motion is GRANTED to the following extent: appellant's deadline to pay the $175 filing fee, and to file proof that he has paid or made arrangements to pay for the clerk's record, is extended 30 days from the date of this order. This extension is granted to permit appellant time to file an affidavit of indigence in the trial court and to pursue an exemption of the requirement to pay his appellate costs.

Judge's signature: /s/ Rebeca Huddle
      ☑ Acting individually  ☐ Acting for the Court

      Panel consists of _____.

Date: <u>May 30, 2013</u>